IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| MT223, LLC<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 7:21-cv-00044-DC |
| | § | |
| DEPOSITORS INSURANCE COMPANY<br>    *Defendant.* | §<br>§<br>§ | |

## NOTICE OF SETTLEMENT

Defendant Depositors Insurance Company ("Defendant") provides notice to the Court that settlement has been reached between all interested Parties in this lawsuit. Accordingly, Defendant respectfully requests that any pending matters relating to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

Respectfully submitted,

*/s/ Patrick M. Kemp*
Patrick M. Kemp
Texas Bar No. 24043751
pkemp@smsm.com
Robert G. Wall
Texas Bar No. 24072411
rwall@smsm.com
Timothy A. Phillips
Texas Bar No. 24124984
tphillips@smsm.com
Segal McCambridge Singer & Mahoney
100 Congress Avenue, Suite 800
Austin, Texas 78701
(512) 476-7834
(512) 476-7832 – Facsimile

**ATTORNEYS FOR DEFENDANT
DEPOSITIORS INSURANCE
COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF on this the 11th day of October, 2022 to:

Randal L. Dean
Kyle Voss
Brown Pruitt Wambsganss Dean
801 Wells Fargo Tower
201 Main Street
Fort Worth, Texas 76102
rdean@browpruitt.com
kvoss@brownpruitt.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp