# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MT223, LLC,** § | | |
| *Plaintiff*, § | | |
| § | | |
| **v.** § | No. MO:21-CV-00044 | |
| § | | |
| **DEPOSITORS INSURANCE COMPANY,** § | | |
| *Defendant*. § | | |

## ORDER

BEFORE THE COURT is Notice of Settlement (Doc. 31) filed October 11, 2022. Accordingly,

This case is **ADMINISTRATIVELY CLOSED** without prejudice to its being reopened to enter a final order of dismissal or to enter other orders if the settlement is not consummated. Counsel in this case are ordered to file the papers necessary to dismiss this action on or before **THIRTY (30)** days from the docketing of this Order.

All pending motions, if any, are therefore **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 12th day of October, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE